IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WESLEY TODD DICKIE, | ) | |
| | ) | |
| v. | ) | 3:11-0585 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Griffin, Document #16, in which she recommends dismissal of this action. Plaintiff had filed objections, Document #17, and the Court granted Plaintiff's Motion to Withdraw Objections, Document #19.

The Court has considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set out in the Report and Recommendation, Plaintiff's Motion for Judgment on the Record, Document #13, is **DENIED** and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge